

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2021

No. 04-21-00206-CV

**CR+ ENTERPRISES, INC.,**
Appellants

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for Morgan Stanley Abs Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series 2006-NC4, Kingman Holdings, LLC as Trustee of The Midway Crest 606 Land Trust, Kinoman Holdings, LLC as Trustee of the Tramonto Hill 13827 Land Trust, and 606 Mid Way Crest, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19332
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file a reply brief, we set it due on August 30, 2021.  *See* TEX. R. APP. P. 38.6(c).  Before the once-extended due date, Appellant filed a second unopposed motion for an extension of time to file the reply brief until September 13, 2021

Appellants' motion is GRANTED.  Appellants' reply brief is due on September 13, 2021. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court